IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELBACHS CAFÉ, LLC,

    Plaintiff,

  v.

CITY OF MADISON, COUNTY OF DANE,
JANEL HEINRICH, MARCI PAULSEN and
BONNIE KOENIG,

    Defendants.

Case No.  20-cv-758-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Madison, County of Dane, Janel Heinrich, Marci Paulsen and Bonnie Koenig against plaintiff Helbachs Café, LLC on the causes of action alleged in claims 2, 3 and 4 of the complaint under the First, Fifth and Fourteenth Amendments to the U.S. Constitution.

IT IS FURTHER ORDERED AND ADJUDGED that the causes of action alleged in claims 1 and 2 of the complaint under the laws of the State of Wisconsin are remanded to the Dane County Circuit Court.

| s/ K. Frederickson, Deputy Clerk | November 19, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |