UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HELBACHS CAFE LLC
DBA: HELBACHS CAFÉ ROASTERS &
KITCHEN

    Plaintiff,          CASE NO. 3:20-CV-00758

v.

CITY OF MADISON,
COUNTY OF DANE,
JANEL HEINRICH,
MARCI PAULSEN, and
BONNIE KOENIG,
All individuals in their official capacity,

    Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Plaintiff, Helbachs Cafe LLC, in the above-named case, here by appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 19th day of November, 2021.

Dated this 17th day of December, 2021.

                **Levine Eisberner LLC**
                *Attorneys for Plaintiff*
                2802 Coho Street, Suite 201
                Madison, Wisconsin 53703
                BY:

                */s/ Brent Eisberner*

                Brent Eisberner

brent@leattys.com
888-367-8198
Wisconsin Bar Number: 1098038

2